**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6050

ERIC MARTIN PEPKE,

Petitioner - Appellant,

v.

R. WILSON, Acting Warden PEX,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, Senior District Judge.  (1:21-cv-00007-TSE-TCB)

Submitted:  September 8, 2022                    Decided:  September 13, 2022

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Eric Martin Pepke, Appellant Pro Se.  Marc Birnbaum, Special Assistant United States Attorney, Tony Ray Roberts, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Martin Pepke appeals the district court's order denying relief without prejudice on his 28 U.S.C. § 2241 petition in which he sought to challenge his criminal judgment by way of the savings clause in 28 U.S.C. § 2255. Having reviewed the record and finding no reversible error, we affirm the decision of the district court. *Pepke v. Wilson*, No. 1:21-cv-00007-TSE-TCB (E.D. Va. Dec. 17, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*